UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RALPH ABRARIA,<br><br>  Petitioner,<br><br> v.<br><br>WARDEN, et al.,<br><br>  Respondent. | No.  2: 21-cv-1161 KJN P<br><br><br>ORDER |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's request for a stay, pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2002), in order to exhaust additional claims is submitted for decision to the court.

Petitioner is herein ordered to inform the court of the status of his unexhausted claims.  In his status report, petitioner shall address whether he filed a petition in state court addressing his exhausted claims and, if so, when the petition was filed.  Petitioner shall also address whether any state court has issued an order addressing his exhaustion petition.

////

////

////

////

1

Accordingly IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file a status report addressing the status of his unexhausted claims.

Dated:  October 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Abrar1161.fb