UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RALPH ABRARIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, et al.,<br><br>Respondent. | No. 2:21-cv-01161-TLN-KJN<br><br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 09, 2022, the magistrate judge filed findings and recommendations herein which were served on petitioner and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  Petitioner did not file objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist*., 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 09, 2022, are adopted;

2. Petitioner's Motion for a Stay (ECF No. 11) is GRANTED, and the Clerk of the Court is directed to administratively close this action;

3. Petitioner is directed to file a status report within sixty days of the date of service of this order and every sixty days thereafter; and

4. Petitioner is directed to file a motion to lift the stay within thirty days of exhaustion of his unexhausted claims.

DATE: March 24, 2022

_____
Troy L. Nunley
United States District Judge