UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RALPH ABRARIA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　Respondent. | No. 2:21-cv-01161-TLN-KJN<br><br>**ORDER** |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 25, 2022, this Court granted Petitioner's motion to stay this action in order to exhaust additional claims and ordered the Clerk of the Court to administratively close this action. (ECF No. 20.)

On March 23, 2022, petitioner filed a "motion to lift the stay." (ECF No. 19.) In this pleading, Petitioner contends that all claims are now exhausted.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to reopen this action;
2. The March 25, 2022 order (ECF No. 20), staying this action is vacated;
3. This action is referred back to the magistrate judge for further proceedings.

//

//

1

DATED: April 5, 2022

                        Troy L. Nunley
                        United States District Judge

2