1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY RALPH ABRARIA,                    No.  2: 21-cv-1161 TLN KJN P

12                 Petitioner,

13         v.                                   ORDER

14    WARDEN, et al.,

15                 Respondent.

16

17         Petitioner is a state prisoner, proceeding pro se, with a petition for writ of habeas corpus

18    pursuant to 28 U.S.C. § 2254.  Petitioner's habeas corpus petition is submitted for decision.

19         On September 21, 2022, petitioner filed a pleading with the court stating that his

20    Proposition 57 date was granted.  (ECF No. 30.)  Petitioner states that he will be let out on

21    October 12, 2022, "making the time from 2013 to 2016" not relevant.  (Id.)  Petitioner asks if the

22    court can inform him of his next step, which may include a civil rights action pursuant to 42

23    U.S.C. § 1983.  (Id.)

24         It appears that petitioner intends his September 21, 2022 pleading as a notice of voluntary

25    dismissal.  However, in an abundance of caution, petitioner is ordered to inform the court within

26    fourteen days of the date of this order whether he intends to voluntarily dismiss this action.

27    Petitioner is also informed that the court cannot advise petitioner regarding how to proceed.

28    ////

                                                 1

1    Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this

2    order, petitioner shall inform the court whether he intends to voluntarily dismiss this action.

3    Dated:  October 18, 2022

4

5    _____
     KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

6

7    Abr1161.ord(2)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28