1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY RALPH ABRARIA,                  No.  2:21-cv-1161 TLN KJN P

12                 Petitioner,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14   WARDEN, et al.,

15                 Respondents.

16

17        A recent court order was served on petitioner's address of record and returned by the

18   postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

19   requires that a party appearing in propria persona inform the court of any address change.

20        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for without

21   prejudice for failure to prosecute.  See Local Rule 183(b).

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, any party may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Any response to the objections shall be filed and served within

27   fourteen days after service of the objections.  The parties are advised that failure to file objections

28   ////

                                           1

within the specified time may waive the right to appeal the District Court's order.  Martinez v.

Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 7, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

abra1161.133a

2